THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

JS - 6

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8962
     Facsimile:  (415) 744-0134
     E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant,
     Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIDA HAMMOND,       ) | CV 01-06019 NM (MLG) |
|    Plaintiff,       ) | |
|           v.       ) | **[~~PROPOSED~~]** **ORDER OF DISMISSAL** |
| MICHAEL J. ASTRUE,       ) Commissioner of Social Security,  ) | |
|    Defendant.       ) | |
| ————————————————) | |

     Pursuant to the parties' stipulation to reopen this case for the purpose of entering a dismissal and the Court's order reopening the case, it is hereby ordered that this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: _August 13, 2009_

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE